# Order

Michigan Supreme Court
Lansing, Michigan

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

150820

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 150820
COA: 317502
Washtenaw CC: 12-000929-FH

THOMAS CLINTON LEFREE,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the November 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2015



Clerk

t0603